THE CITIZENS BANK OF MAYO, A CORPORATION, J. M. GORNTO, RECEIVER FOR THE CITIZENS BANK OF MAYO, AND UNITED STATES FIDELITY & GUARANTY COMPANY, A CORPORATION, *Appellants*, v. THE BOARD OF PUBLIC INSTRUCTION FOR THE COUNTY OF LAFAYETTE, STATE OF FLORIDA, *Appelle*.

Decision Filed January 22, 1923.

An Appeal from a Decree of the Circuit Court within and for the County of Lafayette; M. F. Horne, Jurge.

*J. B. Johnston and John F. Harrell*, for Appellants;

*Charles Cook Howell*, for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein, and briefs and arguments of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court

that there is no error in the said decree; it is, therefore, considered, ordered and decreed by the Court that the said decree of the Circuit Court be, and the same is hereby, affirmed.

All concur.